430 A.2d 1157

COMMONWEALTH of Pennsylvania ex rel.
Monserrate ZAPATA, Appellant,

v.

Julius T. CUYLER, Superintendent, Daniel Sims, Deputy Superintendent, Robert R. Mauger, Deputy Superintendent, Lawrence J. Reid, Director of Treatment and Attorney General of Pennsylvania.

Supreme Court of Pennsylvania.

Submitted April 21, 1981.

Decided July 2, 1981.

Monserrate Zapata, pro se.

Robert A. Greevy, Asst. Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

Order affirmed.